IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BRETT C. LOVE,                          :
                                        :
      Plaintiff,                        :
                                        :
vs.                                     :   CIVIL ACTION 17-0098-KD-M
                                        :
JEFFERSON DUNN, et al.,                 :
                                        :
      Defendants.                       :

ORDER

A Report and Recommendation was entered on April 11, 2017, recommending that this action be dismissed for Plaintiff's failure to pay the $21.23 partial filing fee (Doc. 4).  On April 24, 2017, Plaintiff filed an Objection to the Report and Recommendation stating that the money was deducted from his account to cover the partial filing fee.  However, after a search by this office, it was determined that the money order had not been received as of this date.  In light of the foregoing, the undersigned hereby **WITHDRAWS** the Report and Recommendation entered on April 12, 2017 (Doc. 4), and gives Plaintiff another chance to pay the partial filing fee.  The deadline for Plaintiff to pay the $21.23 partial filing fee is hereby **EXTENDED** TO **May 24, 2017.**

DONE this 24th day of April, 2017.


                                    s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE