IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRETT C. LOVE, AIS # 236700, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 17-0098-KD-N |
| JEFFERSON DUNN, *et al.*, | : | |
| Defendants. | : | |

### ORDER

This action is before the Court on the returned Notice of Lawsuit and Waiver of Service of Summons sent to Defendant Darryl Fails at Holman Correctional Facility, which indicates that he is now employed at the Camden Community Based Facility/Community Work Center, 1780 Alabama Highway 221, Camden, Alabama 36726.  (Doc. 12).

In light of this information, the Clerk is **DIRECTED** to re-send the Complaint (Doc. 1), Order dated July 3, 2017 (Doc. 10), and the Notice of Lawsuit and Request for Waiver of Service of Summons to Defendant Fails at the above address by certified mail, return receipt requested, with instructions to forward.

Furthermore, the Notice of Lawsuit and Request for Waiver of Service of Summons for Defendants Nurse Walls and Nurse Langford has been returned to the Court.  (Docs. 11, 18).  The Clerk is **DIRECTED** to re-send the Complaint (Doc. 1), the Order dated July 3, 2017 (Doc. 10), and the Notice of Lawsuit and Request for Waiver of Service of Summons for Defendants Nurse Walls and Nurse Langford to J. Scott King, Esquire, Chief Legal Officer, Corizon Health, Inc., 103 Powell Court, Brentwood, TN

37027.

    **DONE** this 13th day of September, 2017.

                                          s/ KATHERINE P. NELSON
                                          **UNITED STATES MAGISTRATE JUDGE**