FILED DEC 3 '18 PM 3:31 USDCALS

TO: Charles R. Diard Jr., Clerk
From: Brett C. Love Plantiff  AIS 236700
in Civil Action 1:17-cv-98-TM-N

I am hereby seeking to dismiss this lawsuit. I recenty became a christian and have had a change of heart. I believe that in order for me to be forgiven I must forgive others. So it is in that spirit in which I hereby seek to dismiss this suit. Thank you for your time and consideration.

Respectfully submitted,

Brett Love
AIS 236700
100 Warrior Lane
Bessemer, Al. 35023

Brett C. Love 236600 B-13
Donaldson Corr. Facility
100 Warrior Lane
Bessemer, Al. 35023



BIRMINGHAM AL
30 NOV '18

02 1P    $ 000.47⁰
0000888043    NOV 30 2018
MAILED FROM ZIP CODE 35023

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

U.S. District Court
Clerk
113 St. Joseph Street
Mobile, Al. 36602

Legal Mail

3660283606 C005