IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRETT C. LOVE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 1:17-cv-98-TFM-N |
| | ) |
| **JEFFERSON DUNN, et al., ,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The Court has received an executed Waiver of Service from Defendant Marcus Gaston in the above-styled action (Doc. 84, filed 3/6/19). However, previous to that filing, the Court received from the plaintiff, Brett C. Love ("Plaintiff") a letter (Doc. 79, filed 12/3/18) in which he sought to dismiss this lawsuit, stating that he had recently become a Christian and had a change of heart, and that he believed that "in order for me to be forgiven I must forgive others." Doc. 79 at 1.

In a subsequent order (Doc. 82, filed 12/14/18), the Magistrate Judge noted that Plaintiff had not filed a certificate of service with his dismissal request, and that a dismissal without prejudice in this instance would be tantamount to a dismissal with prejudice because the two-year statute of limitations had run on Plaintiff's claims. The Magistrate Judge ordered any party opposing Plaintiff's dismissal request to respond by December 28, 2018. None responded. As such, on January 8, 2019, the Magistrate Judge entered an order dismissing the case without prejudice under Fed. R. Civ. P. 41(a)(2). Doc. 83.

Nearly two months later, on March 6, 2019, the Court received a waiver of service from Defendant Marcus Gaston. Doc. 84. The waiver was dated February 21, 2019. *Id*. As previously noted by the Magistrate Judge's order, this case was dismissed without prejudice on voluntary motion by Plaintiff on January 8, 2019. The Court can only assume Defendant Gaston only

recently received a copy of the lawsuit and did not receive the order dismissing the case. Accordingly, the waiver of service is no longer necessary and no answer due.

This action remains dismissed without prejudice and the case closed.

**DONE and ORDERED** this 12th day of March 2019.

    /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE